# EXHIBIT A

**News**Room

1/23/19 Chi. Sun-Times (Pg. Unavail. Online)
2019 WLNR 2406353

Chicago Sun Times (IL)
Copyright (c) 2019 Hollinger Inc.

January 23, 2019

Section: News

Solis secretly recorded fellow Ald. Burke to help feds in criminal investigation

Fran Spielman and Jon Seidel | Staff Reporters

Retiring Ald. Danny Solis (25th), the powerful chairman of the City Council's Zoning Committee, has secretly recorded more than a dozen conversations with Ald. Ed Burke (14th) over the last two years, including at City Hall, to help federal investigators build their corruption case against him, the Chicago Sun-Times has learned.

Those conversations include Burke meeting with individuals seeking actions by the city, a source familiar with the matter said.

Federal investigators have focused on Burke allegedly using his influence as chairman of the City Council's Finance Committee to drum up property tax appeal business for his private law firm.

Some of the meetings Solis recorded using an electronic listening device took place at the suite of offices reserved for the Finance Committee chairman on the third floor of City Hall.

That's the same suite that federal investigators raided Nov. 29, covering the glass doors with brown butcher paper to conceal the search inside.

Other meetings allegedly took place at Burke's ward office, the source said. The FBI searched that office the same day as the City Hall raid.

Burke, the City Council's longest-serving alderman, has been charged with one count of attempted extortion for allegedly shaking down a Burger King franchise owner for legal business at the same time the company needed permits for work on a restaurant in his ward.

He is also accused of shaking down the same businessman for a $10,000 campaign contribution for County Board President Toni Preckwinkle. Preckwinkle's campaign returned the donation, which exceeded the legal limits, and has said it knew nothing about what prompted the donation.

Solis' cooperation is extraordinary, not only because the target was Burke but because Solis was a trusted ally of both Burke and Mayor Rahm Emanuel. Solis' position as Zoning Committee chairman gave him the influence and standing to arrange for meetings where Burke could pitch potential clients.

Ald. Danny Solis | Sun-Times file photo

In late November, Solis surprised his colleagues by announcing that he would not seek re-election, ending a 23-year career in the City Council that began with his 1996 appointment by then-Mayor Richard M. Daley to replace the disgraced and convicted Ambrosio Medrano.

Now that his role as an FBI mole has been exposed, Solis is prepared to resign immediately and start taking his aldermanic pension, the source said.

Solis has not been charged with any wrongdoing, and it's unclear if he will be facing any charges.

Solis has previously denied being an informant or wearing a recording device for the feds. He did not return a phone message this week seeking comment on the Sun-Times story.

A spokesman for Burke did not return a message for comment, but the alderman has denied any wrongdoing.

A spokesman for the U.S. attorney's office in Chicago had no comment.

Well aware that rumors were flying around political circles about the undercover role that he played in the Burke scandal, Solis arranged for a college visit with his son this week, which is giving him an excuse not to attend Wednesday's City Council meeting, the source said.

Solis is not likely to attend another City Council meeting as 25th Ward alderman. Nor is he likely to be honored with the fawning City Council resolution - complete with laudatory speeches by his colleagues - that almost always accompanies an aldermanic retirement.

Days after announcing his own retirement, Solis appeared on the WTTW-TV program, "Chicago Tonight," to discuss his decision to walk away.

During that interview, he made an extraordinary statement.

"I think Ald. Burke should reconsider [re-election]," Solis said then.

"You got money, you got a great family, you got grandkids. Why do you want to run?"

Now, a remark that appeared to be a verbal knife in the back to a longtime colleague starts to make sense, given Solis' role in the Burke case.

Over the years, City Hall has been hit with a steady stream of corruption scandals involving undercover FBI moles.

They have included corrupt businessmen John Christopher, the star witness of Operation Silver Shovel, and Michael Raymond, who played a central role in the corruption scandal known as Operation Incubator.

What is far more unusual is to have a sitting alderman agree to use a recording device to help snare a colleague.

Typically, elected officials agree to go undercover, only after they themselves have been caught in corruption scandals.

That was the case with former Ald. Allan Streeter (17th), who wore a wire during the early 1980s and is believed to be the last sitting Chicago alderman to work as an undercover FBI mole.

In 1996, Medrano (25th) was a crooked alderman hailed as a hero by some for refusing to do something his colleagues considered even worse.

After getting caught up in the federal corruption probe known as Operation Silver Shovel - and accepting $31,000 in bribes from Christopher, a convicted felon and waste hauler who turned into an FBI informant - Medrano was asked to wear a wire to snare other corrupt politicians but he refused.

A veteran Hispanic aldermen, Medrano was hailed as a stand-up guy, in contrast to Streeter, who was branded a "rat" for doing what Medrano had refused to do.

"I grew up in a neighborhood where people respect certain things, and one of the things that they respect is that, if you get in trouble, you don't squeal. You take it like a man," Medrano said at the time.

"I'm not a snitch. It's just something that I don't do. My problems have nothing to do with other people's problems. Nothing. Not that anybody did anything wrong. Not that I knew that anybody did anything wrong. I didn't want to even give that impression."

In addition to the chilling impact on Solis' City Council colleagues, his undercover role in the Burke investigation could also rock the crowded race for mayor.

Patti Solis Doyle, the alderman's sister and a former adviser to the presidential campaigns of Barack Obama and Hillary Clinton, is scheduled to host a Jan. 29 fundraiser in Washington, D.C., for State Comptroller Susana Mendoza, who is among the frontrunners in the Chicago mayoral race.

It's unclear whether Mendoza will proceed with those plans. Mendoza considers Burke a political mentor. She would not have been elected as a state representative without his help. She was also married at the alderman's home.

Like the rest of the mayoral field, Mendoza has tried to distance herself from Burke since the alderman was charged. She has donated the money he gave her to the families of deceased Chicago Police officers.

Contributing: Tim Novak


---- Index References ----

Company: BURGER KING CORP; CHICAGO SUN TIMES INC

News Subject: (Campaigns & Elections (1CA25); Corruption, Bribery & Embezzlement (1EM51); Crime (1CR87); Fraud (1FR30); Global Politics (1GL73); Government (1GO80); Local Government (1LO75); Social Issues (1SO05); World Elections (1WO93))


Region: (Americas (1AM92); District of Columbia (1DI60); Illinois (1IL01); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); U.S. Midwest Region (1MI19); USA (1US73))

Language: EN



**News**Room

1/29/19 Chi. Sun-Times (Pg. Unavail. Online)
2019 WLNR 3050617

Chicago Sun Times (IL)
Copyright (c) 2019 Hollinger Inc.

January 29, 2019

Section: News

Viagra, sex acts, use of a luxury farm: Feds detail investigation of Ald. Solis

Jon Seidel, Fran Spielman, Mark Brown and Tim Novak

Retiring Ald. Danny Solis (25th) received sex acts, Viagra, free weekend use of an Indiana farm once owned by Oprah Winfrey and a steady stream of campaign contributions in exchange for shepherding official City Council actions, according to allegations in a federal court affidavit obtained by the Chicago Sun-Times.

The allegations are contained in an explosive search warrant application that helps explain why Solis, the powerful chairman of the City Council's Zoning Committee, agreed to spend more than two years cooperating in a federal investigation during which he is known to have secretly recorded at least a dozen conversations with Ald. Edward M. Burke (14th), the former chairman of the City Council's Finance Committee.

Although no charges have been filed publicly against Solis, the 2016 affidavit lays out in detail a federal corruption case against the veteran alderman, who was one of the closest City Council allies of Mayor Rahm Emanuel and Emanuel's predecessor, Richard M. Daley.

It also alleges that among the people recorded as part of the Solis investigation was Illinois House Speaker Michael Madigan, D-Chicago, the longest-serving state House speaker in the country.

The 120-page affidavit shows federal investigators listened in on more than 18,000 conversations on one of Solis' cellphones over the course of at least a year, while also conducting surveillance of his private meetings and trips to massage parlors.

RELATED STORIES:

FBI secretly recorded Mike Madigan at his law office pitching firm's services to developer

Hero or zero? Solis hopes history treats him kindly for helping feds in probe

It also indicates the Solis probe dates back at least as far as May 2014.

While a federal magistrate judge approved prosecutors' request in 2016 to search Solis' homes and offices, records show the search warrant ultimately was not executed at the Zoning Committee's office on the third-floor of City Hall - a possible indication that Solis agreed to cooperate soon after being confronted by federal authorities.

The City Hall office of Ald. Daniel Solis (25th) earlier this month. | Ashlee Rezin/Sun-Times

Joseph Fitzpatrick, a spokesman for the U.S. Attorney's office, declined to comment on the document.

Ironically, Solis' office is adjacent to the much larger suite occupied by Burke, who resigned as Finance Committee chairman earlier this month after being charged with attempted extortion for allegedly shaking down a Burger King franchise owner who sought to remodel a restaurant in Burke's ward. Burke allegedly demanded the franchisee hire his private law firm and make a $10,000 campaign contribution to Cook County Board President Toni Preckwinkle. He denies any wrongdoing.

During a phone interview with the Chicago Sun-Times earlier this month, Solis, 69, refused to address the salacious allegations against him.

"I have no idea what you're talking about," said Solis, who announced abruptly in late November that he was retiring from politics.

Solis had publicly denied cooperating with the government or wearing a wire. He did not attend the most recent City Council meeting.

The affidavit, sworn out by FBI special agent Steven Noldin, portrays Solis as deeply in debt and routinely on the prowl for sex, Viagra, campaign contributions and other favors.

It accuses veteran political operative and government consultant Roberto Caldero of assisting Solis in those pursuits, including soliciting campaign donations from the Cacciatore family, which, among other businesses, owns Elgin Sweeping Services, a major street-sweeping company.

At the time, Caldero was representing Elgin Sweeping in its efforts to obtain relief from a change in the city's water billing practices that investigators indicated could have cost the company more than $1 million. Elgin Sweeping had a city contract to provide street sweeping services and at the time relied on filling its equipment at city fire hydrants.

During several wiretapped conversations, Solis and Caldero made plans to exchange Viagra or visit massage parlors while also discussing how the alderman might help Elgin Sweeping reduce its water bill.

In late 2014, Solis allegedly placed a series of calls and texts to Caldero asking if he had any of that "blue medicine," meaning Viagra, according to the feds.

At one point, Caldero explained that the Affordable Care Act had made it more difficult to get Viagra and that the price had climbed to $400 for 10 pills, which surprised the alderman.

In July 2015, Solis called Caldero with another request.

"I want to get a good massage, with a nice ending. Do you know any good places?" the alderman said.

The feds allege Ald. Danny Solis and a political operative visited this massage parlor where Solis received sex acts in exchange for providing favors as an alderman. | Federal search warrant photo

When Caldero promised to arrange the liaison, Solis asked, "What kind of women do they got there?"

"Asian," Caldero said.

"Oh good. Good, good, good. I like Asian," Solis said.

In an interview, Caldero acknowledged providing Solis with Viagra and arranging massage parlor visits, but said he did so out of friendship, not to curry favor for a client.

Political operative Roberto Caldero | LinkedIn photograph

"If Danny asked me for almost anything, I would do it. It's never been a quid pro quo," said Caldero, 65, a longtime friend of both Solis and former U.S. Rep. Luis Gutierrez, D-Ill.

Caldero traced his relationship with Solis to their days as students at the University of Illinois at Chicago when they were both arrested in a protest over low Hispanic enrollment.

Caldero also said there was nothing improper about Elgin Sweeping seeking relief from the city's plan to increase its water bill by hundreds of thousands of dollars annually.

The Cacciatore family has major real estate holdings in the 25th Ward and had donated regularly to Solis for many years, Caldero said.

Caldero said federal investigators have not contacted him. Elgin Sweeping President Chris Cacciatore could not be reached for comment.

Other allegations outlined in the search warrant application involve developer Fred Latsko, who in 2015 allegedly provided Solis with free weekend use of a 180-acre Indiana farm for a graduation party for Solis' son.

The farm previously had been owned by billionaire talk show diva Oprah Winfrey. When Latsko purchased the property in 2011, news stories indicated he planned to charge $20,000 a day to rent out the property for special occasions.

Asked for comment, Latsko sent a text saying he hadn't offered the farm for lease since 2012.

"We have hosted hundreds of friends and their families," he wrote. "Needless to say Danny was not charged anything. He and [Solis' son] are my friends and we had a nice bbq."

Investigators also alleged that Latsko agreed to help Solis take "economic revenge" on his daughter's former business partners by leasing away from them a property they had used to operate a dance studio. But the deal never took place.

During the same time period, Solis proposed a city ordinance "favorable to Latsko's business interests" and participated in city approval of multiple Latsko real estate projects, investigators said in the affidavit.

Asked whether there was a quid pro quo, Latsko said in a text message that it was "certainly not the case. Nonetheless, I am sure the feds will sort out any irregularities."

Solis is further accused of agreeing with Monterrey Security founder Juan Gaytan to "accept a gratuity from McHugh Construction" as a reward for "official acts" favoring McHugh's efforts to win approval of "a 500-room hotel and data center project" near McCormick Place. Gaytan is a personal friend of McHugh vice president Michael Meagher. Gaytan did not return a message seeking comment.

Meagher told the Sun-Times: "We donate to a lot of aldermen who are pro-building. And Ald. Solis is pro-building."

Gaytan, a former Chicago police officer, started Monterrey along with Solis' brother, former Chicago firefighter Santiago Solis. Monterrey has provided security for events at Soldier Field.

In addition, Solis was recorded soliciting campaign donations from attorney and political powerbroker Victor Reyes, who in turn allegedly complained that Solis never steers him any business, according to the affidavit.

Reyes told Solis that several other aldermen had all steered clients to him, according to the affidavit.

"You haven't sent me any. I don't know why," Reyes told Solis.

Victor Reyes | Sun-Times 2003 file photo

Solis then promised he would make it up to Reyes by sending him "more business than what, what you raise," according to the affidavit.

Reyes is the former chief of the now-defunct Hispanic Democratic Organization (HDO), which was at the center of a city hiring scandal when Richard M. Daley was mayor.

Reyes said in a recent interview he could not recall such a conversation with Solis.

"He's never given me any business, and I've never asked him. I don't recall that. I don't know what he would do for me, to be honest with you," Reyes said.

Reyes said he has not had a "strong relationship" with Solis since he helped get the aldermen elected to his first two terms after Solis was appointed to the office by Daley in 1996.

Told of the explosive nature of the charges against Solis, Reyes said, "If what you're telling me is correct and true, it seems to indicate that he was thoroughly corrupt."

Throughout the federal wiretapping and video surveillance, Solis was being hounded by debt collectors after recently going through a foreclosure on his home.

At one point, Solis got a call from Monterrey Collection Services about an overdue $12,274 debt.

The alderman, whose annual salary is $117,833, said that he was "out of a job, so I'm sorry." Pressed for information on the delinquency, he said, "I can't pay it. I'm sorry."


---- Index References ----

Company: BURGER KING CORP; LINKEDIN CORP

News Subject: (Corruption, Bribery & Embezzlement (1EM51); Crime (1CR87); Emerging Market Countries (1EM65); Extortion & Blackmail (1EX95); Fraud (1FR30); Government (1GO80); Local Government (1LO75); Social Issues (1SO05))



**NewsRoom**

1/29/19 Chi. Sun-Times (Pg. Unavail. Online)
2019 WLNR 3050622

Chicago Sun Times (IL)
Copyright (c) 2019 Hollinger Inc.

January 29, 2019

Section: News

FBI secretly recorded Mike Madigan at his law office pitching firm's services

Jon Seidel, Tina Sfondeles and Fran Spielman

The FBI secretly recorded Illinois House Speaker Michael Madigan trying to get business for his private law firm from a developer brought to him by Ald. Danny Solis, who was weighing the developer's request to build a hotel in Chinatown, according to a federal court affidavit obtained by the Chicago Sun-Times.

The affidavit makes clear for the first time that the federal investigation that has snared powerful Chicago Ald. Edward M. Burke extends beyond City Hall and into the Illinois statehouse, examining politicians' longstanding practice of merging personal and political business.

The Sun-Times previously reported that Solis secretly recorded conversations he'd had with Burke, who recently was charged with attempted extortion for trying to shake down a Burger King franchisee who wanted to remodel a restaurant in Burke's 14th Ward.

Madigan, who isn't facing any criminal charges, was recorded by an associate of the developer during a meeting at Madigan's law office that Solis had arranged, according to the affidavit. That associate, who'd been secretly working for the feds, made a "video and audio recording" of the meeting, which occurred in 2014.

In a statement through his attorney on Monday, Madigan denied any wrongdoing and "to our knowledge, neither the speaker nor his law firm is under investigation."

Madigan's law firm's legal fees were discussed during the meeting - and the Southwest Side Democrat made it clear he wanted more than a short-term deal with the developer.

"We're not interested in a quick killing here," Madigan said during the meeting. "We're interested in a long-term relationship."

Solis, who chairs the City Council's powerful Zoning Committee, told the associate after the meeting, outside the presence of Madigan that "if he works with the speaker, he will get anything he needs for that hotel," according to the document.

Later, the alderman added, "he's going to benefit from being with the speaker . . . okay?"

State House Speaker Mike Madigan, second from right, and Ald. Danny Solis (25th), right, attend the annual awards dinner of the United Neighborhood Organization in 1998. Also pictured are (from left) Juan Rangel, UNO president and executive director, and Mayor Richard M. Daley. | Sun-Times file photo

An FBI agent alleges in the 120-page affidavit: "I understand Solis to mean that by hiring Madigan's private firm, [the developer] would ensure that Solis and Madigan would take official action benefitting [the developer] in their capacity as public officials."

Madigan's attorney, Heather Wier Vaught, said in a statement to the Sun-Times: "The speaker recalls attending several meetings with Ald. Solis over the past five years, including meetings with individuals in need of legal representation. If indeed, some of his conversations were being recorded, the speaker did not know that, but he has no concern if they were. The speaker has no recollection of ever suggesting that he would take official action for a private law firm client or potential client. To our knowledge, neither the speaker nor his law firm is under investigation."

Although Solis hasn't been criminally charged, the affidavit states that "there is reasonable cause to believe that Solis and others have committed" bribery, fraud and other potential criminal offenses "by engaging in a series of transactions that involve the abuse of Solis' position as a public official."

Joseph Fitzpatrick, a spokesman for the U.S. Attorney's office, declined to comment.

The details of the allegations against Solis are contained in a 2016 search warrant application filed by federal prosecutors seeking to search Solis' City Hall office, campaign and ward office, homes and a North Side massage parlor where Solis allegedly received free sex acts.

The associate of the Chinese developer told the FBI in May 2014 about efforts to seek a zoning change for the proposed hotel, which would have been built in Chinatown in Solis' 25th Ward. The developer was trying to secure a "letter of support" for the project from Solis, who initially said he would support the zoning change on two conditions, according to the affidavit.

A Chinese developer wanted to build a hotel in Chinatown on this lot and sought a zoning change from Ald. Danny Solis. | Ashlee Rezin/Sun-Times

First, Solis said a second hotel should not be built on an adjacent piece of land. Second, he said he wanted to see letters of support from community groups.

The associate provided multiple letters of support, according to the document. When Solis said the most important letter he needed to see was from the Chinatown Chamber of Commerce, that was delivered, too.

Then, in August, Solis reached out to the associate and asked him and the developer to attend the meeting with Madigan. The associate explained that he would need to translate for the developer, who did not speak English.

The meeting happened on Aug. 18, 2014, at the Madigan & Getzendanner law office on LaSalle Street. Madigan and his law partner sat down with the developer and his associate. Solis and two members of his staff arrived later.

Before Solis and his staff arrived, the associate explained that the developer was "trying to do a hotel in Chinatown right now." Madigan replied, "Good, good."

Later, Madigan said, "well, our interest would be that we represent buildings like that on the real estate taxes . . . And we do quite a few hotels. And, uh, we have a little different approach to representation on hotels than the other law firms that do the work."

Later on in the meeting, Madigan's partner explained that the firm's fee would be 12.5 percent of any tax savings generated, or a fixed fee of $3,000 to $3,500 annually. Solis added, "there is no better firm than this firm in terms of doing real estate taxes in the state," according to the affidavit.

Later, Madigan asked about the "status of the representation of this hotel we're talking about" and whether the developer was "committed to other people." The associate replied, "not yet."

After confirming that his firm was under consideration, Madigan said, "we're not interested in a quick killing here. We're interested in a long-term relationship."

The associate called Solis on Aug. 21, 2014, to tell him that the developer had agreed to hire Madigan's law firm. Five days later, Solis wrote a letter of support for the hotel.

Later, on Sept. 15, 2014, the developer's associate called Madigan at Madigan's district office, according to the document. They spoke about a time to meet with Madigan about the retention of his firm.

"I think what you want to do is to come in and sit down, and we'll, um, we'll, we'll, we'll agree that we're going to represent the property," Madigan said.

The associate then called Solis to tell him he had spoken to "Mr. Speaker."

"Excellent. Excellent. Very, very good," Solis told him. "Thank you."

Despite that conversation, neither the businessman nor his associate had signed a retention agreement with Madigan's firm by the time the FBI agent wrote the 2016 affidavit. The land got zoning approval from the City Council, but the hotel was never built.

Contributing: Tim Novak, Mark Brown

---- **Index References** ----

Company: BURGER KING CORP; CHICAGO SUN TIMES INC

News Subject: (Corruption, Bribery & Embezzlement (1EM51); Crime (1CR87); Extortion & Blackmail (1EX95); Fraud (1FR30); Social Issues (1SO05))

Industry: (Real Estate (1RE57); Zoning (1ZO58))

Region: (Americas (1AM92); Illinois (1IL01); North America (1NO39); U.S. Midwest Region (1MI19); USA (1US73))

Language: EN

Other Indexing: (Mike Madigan; Ashlee Rezin; Tim Novak; Juan Rangel; Michael Madigan; Danny Solis; Joseph Fitzpatrick; Mark F. Brown; Mark Brown; Heather Wier Vaught; Edward Burke; Ed Burke; Richard Daley)

Word Count: 1170

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room



**News**Room

2/1/19 Chi. Sun-Times (Pg. Unavail. Online)
2019 WLNR 3427965

Chicago Sun Times (IL)
Copyright (c) 2019 Hollinger Inc.

February 1, 2019

Section: News

Brian Hynes: The political insider in the middle of FBI's Solis investigation

Tim Novak

Over the past decade, attorney Brian F. Hynes has gone from being a clout-heavy lobbyist to running a business that's making him a fortune off of unpaid bills owed by the state of Illinois.

Now, Hynes finds himself in the middle of a City Hall scandal that already has ended the political career of Ald. Danny Solis, who is his close friend as well as his legal client, and threatens to end the record 50-year Chicago City Council reign of Ald. Edward M. Burke.

The growing scandal also has touched one of Hynes' early political mentors, Illinois House Speaker Michael J. Madigan, D-Chicago. Madigan was caught on an FBI wiretap touting his law firm's expertise at cutting property taxes to a Chinese developer who wanted to build a hotel in Solis' ward.

Hynes' name repeatedly pops up in a 2016 FBI affidavit obtained by the Chicago Sun-Times that authorities filed to win approval for search warrants for Solis' home and offices after secretly listening in on thousands of the alderman's cellphone calls.

The affidavit outlines a series of financial transactions an FBI agent says show that Solis was getting money from Hynes in exchange for the alderman supporting development projects - an assertion Hynes denies.

"It doesn't surprise me that I'm mentioned there," Hynes says in an interview with the Sun-Times. "I talked to Danny all the time. He called me and asked for advice. If there's 20,000 phone calls, I'm probably on 3,000 of them. He was and is a friend, and I tried to help him.

"I didn't pay Danny anything," Hynes says, though he adds, "In 2011, my real estate company did pay Danny."

Hynes also popped up when FBI agents reported seizing a file with his name on it during the Nov. 29 raid on Burke's City Hall offices.

Hynes says he and Burke haven't spoken since 2010 or 2011 and he has no idea why the alderman kept a file on him.

Ald. Edward M. Burke and Ald. Danny Solis at a City Council meeting in 2016. | Sun-Times files

Hynes has found himself in the midst of a political scandal before. He drew the attention of federal investigators for arranging for then-Gov. Rod Blagojevich's wife Patti Blagojevich to receive a $40,000 commission in 2003 from a real estate deal on which she did no work, court testimony showed.

Hynes never was charged in the scandal but has a close relationship with Antoin "Tony" Rezko, the political fixer who went to prison for attempting to extort money from businessmen seeking deals including pension investments from the state.

Hynes also has had a long relationship with Solis and his family. He has given money to the alderman's campaign funds and to allies of Solis including Illinois Comptroller Susana Mendoza, whose office oversees the delinquent state bills that have enriched Hynes.

Mendoza, who's running for mayor of Chicago next month, has purged herself of more than $140,000 in campaign contributions from Solis and Hynes, giving the money to a veterans group.

RELATED

Solis secretly recorded fellow Ald. Burke to help feds in criminal investigation

Viagra, sex acts, use of a luxury farm: Feds detail investigation of Ald. Solis

5 things to know about the Solis-Burke federal investigation

Aldermen demand that Solis come "out of the shadows' and apologize - or resign

Nine years ago, Hynes went into business with Solis' sister Patti Solis Doyle, a former campaign manager for President Bill Clinton who later was a top adviser to Hillary Clinton. They set up a company that fronts money to vendors that are owed by the state of Illinois, collecting the interest when the state eventually pays up.

Hynes says the alderman's sister left the company in the fall of 2016, shortly before Hillary Clinton lost the presidential election to Donald J. Trump.

Patti Solis Doyle, Brian Hynes' former business partner and the sister of Ald. Danny Solis. | AP

Hynes, 48, divides his time between Chicago and Puerto Rico. He was raised on politics and government, growing up a block away from Madigan's home in West Lawn on the city's Southwest Side.

When Hynes was a teenager, his father Stephen T. Hynes landed a job running the heating and cooling systems at the state's new Loop office building, now known as the James R. Thompson Center. With Madigan's help, Hynes' dad got more than 90,000 votes in a strong but losing bid in 1986 for a Cook County Board seat.

After his father's sudden death in 1989, Hynes got degrees from the University of Illinois and Loyola University and embarked on a career as a lawyer and lobbyist, helping powerful clients land deals in the Capitol and City Hall.

Over the years, Hynes worked with the Rev. Jesse Jackson's son Yusef Jackson in failed attempts to buy the Washington Nationals baseball team and the Sun-Times.

According to the affidavit filed against Solis, Hynes has a close relationship with developer Fred Latsko, a former driver for legendary Bears quarterback Sid Luckman. Latsko - who had a criminal record Blagojevich expunged on his final day as governor - once bounced two checks to City Hall totaling $884,509 to cover permits for two developments.

On the morning of June 26, 2015, Hynes called Solis to discuss a Latsko project that apparently had won the approval of Chicago Building Commissioner Judy Frydland.

"Yeah, so tell Fred we had, we had a really good meeting, and it will go, it will help him out with the property he owns," Solis tells Hynes, according to the affidavit.

On Aug. 12, 2015, Solis requests that they meet with Latsko on another project, apparently in the alderman's ward: "I got an interesting proposal I want you to look over. Maybe you and Fred. . . The one where you would trade off, uh, river [planned manufacturing district] property, um, for, uh, maybe, more inland property that, and then put commercial residential in that river PMD property. . . I'm going to set up a meeting with [Chicago Planning Commissioner] David Reifman. I'd like to talk to you and Fred about it first."

Two days later, Hynes calls, saying he and Latsko would meet with Solis: "The thing about Fred, just so you know, he's been paying attention to things, and so, when I talked to him about a week ago, he was, like, livid. He was reading about all these properties all these guys are buying . . . So he's sitting on hundreds of millions in cash, and he hasn't bought anything. So he wants to start doing stuff."

The affidavit notes that Latsko has had several projects approved by the City Council Zoning Committee while Solis was its chairman and mentions an overnight graduation party for Solis' son held at the Indiana farm Latsko bought from Oprah Winfrey. Latsko says he didn't charge Solis for that.

The affidavit say bank records show Solis Enterprises, the alderman's company, got $30,000 on Feb. 7, 2011, from Hynes' Chicago Real Estate Consulting.

Hynes says: "In 2011, Chicago Real Estate Consulting Group, an entity that does no business with the city of Chicago, paid a legal consulting fee to Solis Enterprises for a business referral outside of the city of Chicago."

The affidavit also talks about Solis' support for development of land Rezko once owned with Nadhmi Auchi, an Iraqi billionaire living in Great Britain. Rezko reportedly no longer has a stake in the 62-acre site along the Chicago River at Clark Street and Roosevelt Road that Auchi wants to develop with Related Midwest. They're seeking millions of dollars in city subsidies.

"Hynes has extended various personal benefits to Solis in 2014 and 2015, and Hynes also represents Nadhmi Auchi in a real estate development matter that Solis has taken action on in an official capacity, namely, the Roosevelt Road project," according to the affidavit.

Ald. Danny Solis. | Sun-Times files

In a May 29, 2015, call, Solis talks about Hynes working for Auchi, saying, "The only reason that the guy from London hired him is my insistence because I need an attorney I can trust and that is representing [Auchi]."

Hynes says that's not true: "I introduced Danny to Auchi. I have never received a contract or been paid a penny by Auchi. I don't represent Auchi on the site. I never have. I made a communication."

Hynes registered with City Hall in 2016 as a lobbyist for Auchi's company but says he did so only because he was trying to verify for Solis whether Auchi was still on the U.S. government's no-fly list, apparently the result of a fraud conviction in France.

The affidavit repeatedly cites Solis' financial problems, including a bank foreclosing on the alderman's Little Village home. That case was pending in 2015 when the affidavit says Hynes helped arrange a loan for Solis: "Based on intercepted conversations, Solis borrowed $160,000 from businessman Gary Fears to retire a debt on a property in a loan arranged by Brian Hynes."

At the time Solis got the loan, the alderman owed $160,000 to a woman named Bing Tie for a condo in the River City complex in the South Loop, county records show. It's unclear whether Solis used the loan to pay Tie, who tells the Sun-Times she was once the alderman's girlfriend. She formerly operated a massage parlor in the building where Solis has his ward office.

Solis needed to repay the loan, and Hynes says, "I gave him the names of people who do hard-money loans. It's a short-duration loan. I didn't know he used Fears."

Hynes has been a business partner with Fears, who was deputy director of the Illinois Department of Transportation under former Gov. Dan Walker. Nearly 40 years ago, Fears got a low-interest loan under former Gov. James R. Thompson to build a hotel in downstate Collinsville - a deal that cost taxpayers more than $20 million.

Fears couldn't be reached.

Solis made a big profit when the River City complex was de-converted from condos to apartments last year. He bought his condo for $200,000 in May 2014 and sold it last year for $394,500.

Contributing: Mark Brown, Jon Seidel

---- Index References ----

Company: CHICAGO SUN TIMES INC

News Subject: (Government (1GO80); Lobby & Pressure Groups (1LO18); Local Government (1LO75))

Industry: (Banking (1BA20); Commercial Real Estate (1CO51); Financial Services (1FI37); Loans (1LO12); Real Estate (1RE57); Retail Banking Services (1RE38))

Region: (Americas (1AM92); Illinois (1IL01); North America (1NO39); U.S. Midwest Region (1MI19); USA (1US73))

Language: EN

Other Indexing: (Chicago Real Estate Consulting Group; Solis Enterprises) (Oprah Winfrey; Rod Blagojevich; David Reifman; Bing Tie; Patti Solis Doyle; Donald Trump; Jesse Jackson; Judy Frydland; Stephen Hynes; Sid Luckman; Fred Latsko; Bill Clinton; Michael Madigan; Jon Seidel; Yusef Jackson; Gary Fears; Ald; Danny Solis; Brian Hynes; James Thompson; Hillary Clinton; Mark Brown; Edward Burke; Patti Blagojevich; Dan Walker; Susana Mendoza)

Word Count: 1672

© 2019 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

1/31/19 Chi. Sun-Times (Pg. Unavail. Online)
2019 WLNR 3379788

Chicago Sun Times (IL)
Copyright (c) 2019 Hollinger Inc.

January 31, 2019

Section: News

Feds: Solis used campaign cash for tuition, toddler togs, trips to Mario Tricoci

Jon Seidel

A bombshell federal court document laying out a potential corruption case against retiring Ald. Danny Solis (25th) not only depicts a politician badly in debt - but one whose campaign funds appear to have been used for blatantly personal expenses.

The 120-page affidavit obtained by the Chicago Sun-Times describes nearly $17,000 in personal expenses appearing on a credit card account for Solis' 25th Ward Regular Democratic Organization for trips to a hair salon, toddler clothes and school tuition.

Investigators also suspected that money loaned to Solis from the ward bank account went to pay a debt to the Internal Revenue Service and to Paleo Fit Meals.

It's the kind of activity that has contributed to the downfall of many a Chicago politician - generally when it's linked to other illegal activity, such as not paying taxes on the campaign money used for personal use or tying the contributions to official acts done as favors for the donors.

The information on Solis' campaign activity is apparently just a small part of the mountain of evidence the feds compiled against Solis, helping explain why Solis agreed to spend more than two years cooperating in a federal investigation during which he is known to have secretly recorded at least a dozen conversations with Ald. Edward M. Burke (14th).

Burke is now the former chairman of the City Council's Finance Committee. And Tuesday, hours after the Sun-Times revealed the contents of the explosive document, Solis stepped down as chair of the council's Zoning Committee.

Federal prosecutors charged Burke early this month with attempted extortion for allegedly shaking down a Burger King franchise owner who sought to remodel a restaurant in Burke's ward. No criminal charges have been filed against Solis.

Solis could not be reached for comment Wednesday. He has gone underground ever since the Sun-Times reported he secretly recorded conversations for the feds.

RELATED:

• Small-time developer plays big role in feds' Ald. Solis investigation

• Ald. Danny Solis resigns as chairman of City Council's Zoning Committee

• Hero or zero? Solis hopes history treats him kindly for helping feds in probe

• Viagra, sex acts, use of a luxury farm: Feds detail investigation of Ald. Solis

Most of the personal purchases and payments described in the affidavit were made on 25th Ward credit cards in the name of Solis and his sister, Grace Perales - who also could not be reached for comment Wednesday.

The purchases date back to Christmas Eve 2009, when a credit card in Solis' name was used to pay $100 to a Mario Tricoci hair salon. Payments and purchases on Solis' card also included a $246.38 payment on April 5, 2010 for an eye exam; a $2,567 payment on October 25, 2011 to an orthodontist; $180.68 on Nov. 4, 2012 to Macy's for items that included a "boys 8-20 Polo"; $40.31 on May 19, 2013 to Nordstrom for "kids shoes"; and $131.08 on Dec. 23, 2013 to Macy's for "cookware."

The Solis credit card was also used in 2014 to make monthly payments of $1,185 until $12,510.70 had been paid to The Frances Xavier Warde School, where Solis' son was apparently enrolled around the same time.

The purchases made on Perales' cards included $70.96 on Nov. 14, 2010 at J.C. Penney for "toddler separate infant sleepwear girls playwear"; $404.80 on Sept. 5, 2011 at Babies R Us for "childrens clothing extended payment option"; $156.24 on September 30, 2012 to a Mario Tricoci hair salon; another $197 on Nov. 25, 2013 to the hair salon; and $299 on March 14, 2014 to Le Petite Skin Boutique.

Investigators also examined the 25th Ward bank account used to pay for the credit card charges. They concluded Solis used two loans he took from the account to pay for personal expenses.

The feds tied a $15,000 April 2012 loan to a $15,809 payment in May 2012 to the IRS. Solis then made a $15,000 deposit back into the ward account in June 2012, according to the affidavit.

They also connected a $5,000 December 2012 loan to a $5,000 payment that same month to Paleo Fit Meals. Solis then put $5,000 back into the ward account in April 2013, the document states.

The feds explained in their 2016 affidavit that Solis had poor credit and multiple unpaid debts. They pointed to a May 28, 2015 phone call Solis received from Byline Bank. During the call, Solis claimed "he had done pretty well financially in the past several years" but also explained "he experienced a foreclosure on a home three years earlier."

A month earlier, Solis received a call from Monterey Collection Services, according to the affidavit. During the call, Solis was told he owed $12,274 in fees for a time-share contract.

Solis told the caller he was "out of a job so I'm sorry." When the caller pressed, Solis allegedly said, "because I can't pay it, I'm sorry."

Then he hung up the phone.

Contributing: Fran Spielman

---- Index References ----