# EXHIBIT A



**CRAIN'S**

MY ACCOUNT   LOGIN   SUBSCRIBE

MENU



Home > Greg Hinz On Politics

**GREG HINZ ON POLITICS**

## The story behind the Solis revelations that rocked Chicago

A federal probe into the powerful alderman who wore a wire was supposed to be secret. But someone goofed, and the Sun-Times pounced—and defied a federal court ordering it not to print what it knew.



**GREG HINZ** 
On Politics

February 04, 2019 01:52 PM

TWEET   fSHARE   inSHARE   ✉EMAIL





Swapping favors for Viagra, sex acts and use of luxury farm: Allegations detailed against Ald. Solis

Chicago Sun-Times

The Jan. 29 edition of the Chicago Sun-Times

Of all the corruption stories that have rocked the race for mayor, none is juicier than the Sun-Times' Jan. 29 piece on a secretly taped meeting between City Council Zoning Committee Chairman Danny Solis, 25th, and Illinois House Speaker Mike Madigan in which Madigan pitched hiring his law firm to a developer seeking Solis' approval for a project in his ward.

Equally juicy were details about how federal prosecutors likely got Solis to later wear a wire: by leveraging seedy personal details about massage parlors, sex acts, Viagra and more.

The story behind the story turns out to be almost as juicy. According to multiple insiders close to the matter who asked not to be named, it includes a bungled court filing that inadvertently became public, an angry federal magistrate judge and a newspaper that decided to print what it knew despite the judge's directive not to.

Here's the story.

For several years now, federal investigators have been tightening the noose on Solis, who had so-far-unexplained personal financial woes but was in a prime position to potentially seek favors as the head of a panel that can kill or give life to real estate deals that sometimes are worth billions of dollars.

As part of that effort, the Sun-Times reported, FBI agents secretly taped a meeting involving Solis, Madigan and a developer and unearthed embarrassing personal details about the alderman. A rundown of those events was included in an affidavit filed as part of an FBI request for a search warrant on Solis, a request that had to be filed in federal court here but was supposed to be kept under seal.

But somehow the explosive document was posted on the court's document website, known as Pacer. In other words, the entire document was inadvertently made public for the world to read. And either because of smart reporting or a tip from someone—or both—the Sun-Times quickly downloaded the search warrant and proceeded to go to town on what would become one of the best stories in Chicago media in years.

---

**EARLIER**

    Mike Madigan shocker rocks state, city politics

---

None of that sat well with Magistrate Judge Young Kim, who court records indicate has been presiding over the Solis matter.

According to my sources, Kim re-closed the affidavit and ordered the Sun-Times not to print what was in it, presumably on grounds that premature publicity could undermine what appears to be an extremely wide-ranging federal probe into City Hall that has been underway for four years or longer.

---

**THE BURKE/SOLIS MESS: IMPLICATIONS AND OPPORTUNITIES**

• **Cahill:** The end of the Chicago way

• **Editorial:** Time to bar aldermen's tax law day jobs

• **Hinz:** The simplest approaches to ethics reform

• **Ecker & Gallun:** New rules for real estate players

---

Knowledgeable sources also say that Kim's order came despite sentiment within the U.S. attorney's office here that a ban on publication, known as prior restraint, would be on shaky legal ground and likely inconsistent with past U.S. Supreme Court decisions in the famed Pentagon Papers case and others.

But the Sun-Times went ahead. Whether Kim will take further action is not known.

Both Kim through his assistant and the U.S. attorney's office here have declined to comment. So has Thomas Bruton, clerk of court for the Northern District of Illinois.

Sun-Times Editor Chris Fusco isn't talking either. "We don't comment on the sourcing of stories," Fusco said in an email. "Thanks for reaching out."

Fusco arguably doesn't have to say anything; his paper already has spoken. But the impact of that story is rocking the city's business establishment like nothing else in years. One example: One of the candidates running for Solis' aldermanic seat **wants to shelve plans for "the 78,"** a mega-development in the South Loop, until investigators determine that absolutely everything was above board.

Expect other news like that soon. This classic Chicago tale appears nowhere near ending.

**EARLIER**



Mendoza cuts ties with Solis as Burke scandal spreads

**EARLIER**



Solis quits powerful City Council committee chairmanship

*Letter – to the – Editor*

Have something to get off your chest? You can **send us an email.** Or tell us on our **Facebook** page or on **Twitter,** @CrainsChicago.

**RECOMMENDED FOR YOU**



Chicago still wants you, Amazon



'You gotta be kidding me!' Amazon threat shocks NYC real estate



Why 2019 is shaping up to be a tough year for Chicago's hotel biz

Sponsored Content: Modern Meets Vintage In East Lakeview

 

HYDE PARK DAY SCHOOL — Transforming the Lives of Bright Children with Learning Disabilities

## GET OUR NEWSLETTERS

Staying current is easy with Crain's news delivered straight to your inbox, free of charge.

Email Address

## SUBSCRIBE TODAY

Get the best business coverage in Chicago, from breaking news to razor-sharp analysis, in print and online.

SUBSCRIBE NOW

## CONNECT WITH US

in    f    🐦    📷

**CRAIN'S**

**CONTACT US**

150 N. Michigan Ave.
Chicago, IL 60601

Copyright © 1996-2019. Crain Communications, Inc. All Rights Reserved.