# EXHIBIT B

1 **TRANSCRIBED FROM DIGITAL RECORDING**

2                     IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
3                              EASTERN DIVISION

4  UNITED STATES OF AMERICA,              )
                                          )
5              Plaintiff,                 )
                                          )
6              vs.                        )  No. 16 MC 261
                                          )
7  SUPPRESSED,                            )  Chicago, Illinois
                                          )  February 7, 2019
8              Defendant.                 )  11:00 A.M.

9                  TRANSCRIPT OF PROCEEDINGS - Motion
          BEFORE THE HONORABLE YOUNG B. KIM, Magistrate Judge
10
    APPEARANCES:
11

12 For the Government:        HON. JOHN R. LAUSCH, JR.
                              219 South Dearborn Street
13                            Chicago, Illinois   60604
                              BY:  MR. AMARJEET SINGH BHACHU
14                                 MS. DEBRA BONAMICI

15 For the Intervenor:        DENTONS US LLP
                              233 South Wacker Drive
16                            Suite 5900
                              Chicago, Illinois   60606
17                            BY:  MS. NATALIE J. SPEARS
                                   MS. RACHEL MARIE CANNON
18
                      PAMELA S. WARREN, CSR, RPR
19                       Official Court Reporter
                       219 South Dearborn Street
20                            Room 2342
                       Chicago, Illinois   60604
21                          (312) 408-5100

22 **NOTE:  Please notify of correct speaker identification.**
   **FAILURE TO SPEAK DIRECTLY INTO THE MICROPHONE MAKES PORTIONS**
23 **UNINTELLIGIBLE.**

24

25

1      (Proceedings held in open court:)

2          THE CLERK: 16 M 261, USA versus Suppressed.

3          MR. BHACHU: Good morning, your Honor. Amarjeet

4  Bhachu and Debra Bonamici on behalf of the United States.

5          MS. BONAMICI: Good morning, your Honor.

6          MS. SPEARS: Good morning, your Honor. Natalie Spears

7  and Rachel Cannon from Dentons for Chicago Tribune, intervenor.

8          MS. CANNON: Good morning, your Honor.

9          THE COURT: Good morning.

10         Ms. Spears, let me ask you a question, and then I'll

11  ask some questions of the government. Why did you file the

12  motion under 16 MC 261? I just want to find out the factual

13  basis.

14         MS. SPEARS: Why did we file the motion?

15         THE COURT: No. Why did you file the motion in 16 MC

16  261? What connects the warrant supported -- in support of a --

17  the affidavit in support of a warrant. I get that part.

18         But why 16 MC 261? How did you find -- how did

19  you -- why 16 MC 261? That's my question.

20         MS. SPEARS: Yes. Our understanding is that this was

21  the case in which the search warrant had been issued.

22         THE COURT: So you -- take a look at 28-1, page 7, of

23  your motion.

24         Towards the bottom.

25         MS. SPEARS: 28?

1          THE COURT:  28 dash 1.  So it is your Exhibit A.

2          MS. SPEARS:  Okay.

3          THE COURT:  Page 7.

4          MS. SPEARS:  Yes.

5          THE COURT:  Do you see where it says federal search

6    warrant photo?

7          MS. SPEARS:  Yes.

8          THE COURT:  So I'm just trying to figure out, you say

9    your understanding is that warrant is connected to 16 MC

10   261.  How did you get to that understanding?

11         It is not a trick question.

12         MS. SPEARS:  Based on conversations with my client, we

13   understood that this was the case in which the warrant was

14   issued.  I don't have any other information other than that.

15         THE COURT:  Okay.  Well, first, we need some factual

16   basis to say that this case, the issue you're raising, is

17   connected to 16 MC 261.

18         MS. SPEARS:  Is there a different case that it is

19   connected to?

20         THE COURT:  I'm asking the questions.  So if you are

21   thinking -- if you are thinking that the federal search warrant

22   photo has this case number, I just need to know.

23         MS. SPEARS:  My understanding is not based on that

24   photo, I can tell you that.

25         THE COURT:  Oh, okay.  Then I just need to know how

1  you come to that understanding.  That is all.  It is a simple
2  matter.  Okay?
3          So just go ahead and file a supplement to the motion
4  explaining how you get from these articles to 16 MC 261.  Okay?
5          So is the government opposing the motion?
6          MR. BHACHU:  Yes, Judge.  And we'd appreciate an
7  opportunity to file a written response.
8          THE COURT:  And how much time would you like?
9          MR. BHACHU:  We'd ask for seven days, your Honor.
10         THE COURT:  So let me ask you, Ms. Spears, when can
11 you supplement the motion with the additional information I'm
12 asking for?
13         MS. SPEARS:  Ummm --
14         THE COURT:  Monday?
15         MS. SPEARS:  Monday.  Sure, Monday.
16         And we'd like an opportunity, obviously, to reply to
17 what  --
18         THE COURT:  So the government --
19         MS. SPEARS:  -- the government has --
20         THE COURT:  So the government has until 2-19, since
21 2-18 is a holiday.
22         MS. SPEARS:  Well, seven days would be the 14th.
23         THE COURT:  Well, the government needs to see the
24 supplement as well, right?
25         So 2-11 is when you file the supplement.

1    And then I'm going to give the government a week from
2  that date, which puts us on February 19th.
3    So would you like until 2-26, Ms. Spears?
4    MS. SPEARS:  Sure.
5    THE COURT:  Okay.  Anything else you wish to address?
6    MR. BHACHU:  Your Honor, with regards to the
7  government's filings, we'd ask for permission to file them, our
8  response in part, under seal and ex parte to the extent we too
9  discuss matters that are not in the public record.
10    MS. SPEARS:  Well, we would object to any sealing of
11  the argument or bases for further sealing in this case.
12    THE COURT:  Can you go ahead and file the motion at
13  the same time, explain the situation, and I'll rule on the
14  motion.
15    So to the extent that you want to have portions
16  redacted, then I guess you ought to file two versions, one
17  public version and one redacted version, along with the motion
18  to seal -- file a sealed response.
19    MR. BHACHU:  Very good, Judge.
20    THE COURT:  Anything else?
21    MS. SPEARS:  May I --
22    THE COURT:  Yes.
23    MS. SPEARS:  -- just ask one question?  May I ask the
24  relevance of our understanding of the search warrant being
25  issued in this case given that --

1    THE COURT:  Ms. Spears, it is not a big deal.  You say

2  you understand that this case is related to the warrant that's

3  being discussed.

4          MS. SPEARS:  Right.

5          THE COURT:  Just tell me how you come to that

6  understanding.

7          MS. SPEARS:  Okay.

8          THE COURT:  Okay.  Thank you.

9          MR. BHACHU:  Very good, Judge.  Thank you.

10        (Which concluded the proceedings.)

11                         CERTIFICATE

12        I certify that the foregoing is a correct transcript

13  from the digital recording of proceedings in the above-entitled

14  matter to the best of my ability, given the limitation of using

15  a digital-recording system.

16

17

18  */s/ Pamela S. Warren*          February 8, 2019
    Official Court Reporter              Date
19  United States District Court
    Northern District of Illinois
20  Eastern Division

21

22

23

24

25